TABLE OF CONTENTS – EXHIBITS

Exhibit A

    The Photograph ........................................................................................... 8

Exhibit B

    The Magazine Cover ................................................................................... 9

Exhibit C

    The Painting ............................................................................................. 10

Exhibit D

    Certificate of Registration.......................................................................... 11