Carolyn E. Wright (CA Bar No. 263960)
Law Office of Carolyn E. Wright, LLC
P.O. Box 430
Glenbrook, NV 89413
(775) 588-5147  (telephone)
(775) 588-5961  (facsimile)
Email: cewright@cewrightlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CAROL A. BEUCHAT | ) | CV No. 11CV1346 LAB BGS |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S NOTICE OF** |
| vs. | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| DANNY DAY | ) | |
| Defendant. | ) | |
| | ) | |

The parties having reached a settlement in the above-captioned action, Plaintiff Carol A. Beuchat voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 15, 2011.

                              Respectfully submitted,

                              __s/ Carolyn E. Wright_____
                              Carolyn E. Wright (CA Bar No. 263960)
                              Law Office of Carolyn E. Wright, LLC
                              P.O. Box 430
                              Glenbrook, NV 89413
                              (775) 588-5147  (telephone)
                              (775) 588-5961  (facsimile)
                              Email: cewright@cewrightlaw.com